IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**AMENDED DOCUMENT**

IN RE:

RAMON ANTONIO MONTANEZ MARTINEZ

ZORAIDA ESQUILIN RODRIGUEZ

    DEBTOR(S)

CASE NO.    11-10531-BKT

CHAPTER 13

## TRUSTEE'S  FAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED <u>3/31/2014</u>

With respect to the above-referred payment plan with a base of $32,640.00 the Trustee Renders the following recommendation:

[X] **FAVORABLE**          [ ] **UNFAVORABLE**

The liquidation value of the estate is: $15,773.00 (P.V. $18,239.00)

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):


2. [ ] INSUFFICIENTLY FUNDED § 1325(b):


3. [ ] UNFAIR DISCRIMINATION § 1322(b):


5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):


4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):


6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):


7. [ ] OTHER:


NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s).
Copies  are available to parties in interest at the Trustee's Office.

DATE: 5/5/2014

<u>R FIGUEROA CARRASQUILLO</u>

COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta

USDC # 208910

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-EC