IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

RAMON ANTONIO MONTANEZ MARTINEZ
ZORAIDA ESQUILIN RODRIGUEZ

XXX-XX-3452
XXX-XX-1871

Debtor(s)

CASE NO. 11-10531 BKT

Chapter 13

**FILED & ENTERED ON 05/13/2014**

### ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION

This case is before the Court on Debtor's(s') motion under 11 USC § 1329 to modify the confirmed plan and to approve the amended plan dated 03/31/2014 (docket entry # 64). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor's(s') motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of May, 2014.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
**ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA**